Certificate Number: 03088-PAE-DE-031330457

Bankruptcy Case Number: 18-14114



03088-PAE-DE-031330457

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 16, 2018</u>, at <u>6:26</u> o'clock <u>PM CDT</u>, <u>Vernell Gerald</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>July 16, 2018</u>          By:    <u>/s/Maria Arreguin</u>

                                     Name:  <u>Maria Arreguin</u>

                                     Title: <u>Counselor</u>