**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                      : Chapter 13
   Gerald, Vernell
                 Debtor               :  18-14114

**ORDER FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __29th__ day of ___March___, 2019, upon consideration of the
Application for allowance of Compensation and Reimbursement of Expenses
filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $4,732.00 and
$0.00 in expenses are **ALLOWED,** and  the unpaid balance of $3,232.00 shall be
paid through debtor's Chapter 13 Plan through the office of the

Chapter 13 trustee as an administrative priority expense, to the extent provided
for by the Debtor's confirmed plan.


_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE