United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14114-elf
Vernell Gerald                                                          Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: ChrissyW    Page 1 of 1    Date Rcvd: Mar 29, 2019
                  Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2019.
db         +Vernell Gerald,   2313 W Clearfield St,   Philadelphia, PA 19132-1426

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2019 at the address(es) listed below:
        JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ET. AL.
         paeb@fedphe.com
        JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee Et Al
         paeb@fedphe.com
        JOHN L. MCCLAIN    on behalf of Debtor Vernell  Gerald aaamcclain@aol.com, edpabankcourt@aol.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                    TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** | **: Chapter 13** |
|    Gerald, Vernell | |
|         Debtor | : 18-14114 |

**ORDER FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES**

AND NOW, this __29th__ day of ___March___, 2019, upon consideration of the Application for allowance of Compensation and Reimbursement of Expenses filed by Debtor's counsel, IT IS HEREBY

   **ORDERED** that the Application is granted and compensation of $4,732.00 and $0.00 in expenses are **ALLOWED,** and the unpaid balance of $3,232.00 shall be paid through debtor's Chapter 13 Plan through the office of the

Chapter 13 trustee as an administrative priority expense, to the extent provided for by the Debtor's confirmed plan.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE