United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-14114-elf
Vernell Gerald                                                      Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia      Page 1 of 1         Date Rcvd: Apr 09, 2020
                        Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
14172455    U.S. Bank National Association, as Trustee, succes,   C/O Wells Fargo Bank, N.A.,    Default Document Processing,   N9286-01Y 1000 Blue Gentian Road,   Eagan, MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 8, 2020 at the address(es) listed below:
     JEROME B. BLANK    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, ET. AL.    paeb@fedphe.com
     JEROME B. BLANK    on behalf of Creditor    U.S. Bank National Association, As Trustee Et Al    paeb@fedphe.com
     JOHN L. MCCLAIN    on behalf of Debtor Vernell  Gerald aaamcclain@aol.com,    edpabankcourt@aol.com
     REBECCA ANN SOLARZ    on behalf of Creditor    Global Lending Services LLC bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                         TOTAL: 6

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-14114-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Vernell Gerald
2313 W Clearfield St
Philadelphia PA 19132

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/08/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 6: U.S. Bank National Association, as Trustee, succes, C/O Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y 1000 Blue Gentian Road, Eagan, MN 55121-7700 | Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, Colorado 80129 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/11/20

Tim McGrath
**CLERK OF THE COURT**