**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                                    Chapter 13

                                                    Bankruptcy No. 18-14114-ELF

VERNELL  GERALD

2313 W. CLEARFIELD STREET

PHILADELPHIA, PA 19132

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

VERNELL  GERALD

2313 W. CLEARFIELD STREET

PHILADELPHIA, PA 19132

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 11/9/2021

                                                  /S/ Kenneth E. West
                                                  _____
                                                  Kenneth E. West, Esquire
                                                  Chapter 13 Standing Trustee