United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 18-14114-elf

Vernell Gerald     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Feb 14, 2022     Form ID: 138OBJ     Total Noticed: 26

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Vernell Gerald, 2313 W Clearfield St, Philadelphia, PA 19132-1426 |
| 14125569 | | Good Shepherd Penn Partners, 1800Lambard St, Philadelphia, PA 19146 |
| 14125571 | + | James Sanders, 2313 Clearfield, Philadelphia, PA 19132-1426 |
| 14125572 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14125574 | + | PGW, 800 W. Montgomery Avenue, Philadelphia, PA 19122-2806 |
| 14125573 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14125575 | + | Roxborough Emergency Physicians, PO Box 419819, Boston, MA 02241-9819 |
| 14492467 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 14172455 | | U.S. Bank National Association, as Trustee, succes, C/O Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 14125579 | ++ | WELLS FARGO BANK NA, WELLS FARGO HOME MORTGAGE AMERICAS SERVICING, ATTN BANKRUPTCY DEPT MAC X7801-014, 3476 STATEVIEW BLVD, FORT MILL SC 29715-7203 address filed with court:, Wells Fargo Hm Mortgag, 8480 Stagecoach Cir, Frederick, MD 21701 |
| 14557530 | + | Wells Fargo Home Equity Trust Mortgage Pass-Throug, c/o Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Feb 15 2022 03:54:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Feb 15 2022 03:54:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Feb 15 2022 03:54:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14236639 | | Email/Text: megan.harper@phila.gov | Feb 15 2022 03:54:00 | City of Philadelphia, Law Department Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14125566 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Feb 15 2022 03:54:37 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14160731 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 15 2022 03:54:39 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 14128738 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Feb 15 2022 03:54:39 | Capital One Auto Finance, a division of Capital On, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14125567 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 15 2022 03:54:37 | Credit One Bank, ATTN: Bankruptcy, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14125568 | | Email/Text: bankruptcy@glsllc.com | Feb 15 2022 03:54:00 | Global Lending Service, Attn: Bankruptcy, PO |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 14, 2022 | Form ID: 138OBJ | Total Noticed: 26 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Box 10437, Greenville, SC 29603 |
| 14131797 | | Email/Text: bankruptcy@glsllc.com | Feb 15 2022 03:54:00 | Global Lending Services LLC, 1200 Brookfield Blvd Ste 300, Greenville, South Carolina 29603 |
| 14125570 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 15 2022 03:54:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14185717 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2022 03:54:37 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14125576 | + | Email/Text: enotifications@santanderconsumerusa.com | Feb 15 2022 03:54:00 | Santander Consumer USA, PO Box 961245, Ft Worth, TX 76161-0244 |
| 14125577 | | Email/Text: bankruptcynotices@vivecard.com | Feb 15 2022 03:54:00 | The Helpcard, HC Processing Ctr., PO Box 268808, Oklahoma City, OK 73126 |
| 14168888 | | Email/Text: bankruptcynotices@vivecard.com | Feb 15 2022 03:54:00 | HC Processing Center, P.O. Box 708970, Sandy UT 84070 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14125578 | *+ | Vernell Gerald, 2313 W Clearfield St, Philadelphia, PA 19132-1426 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2022           Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JEROME B. BLANK | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, ET. AL. paeb@fedphe.com |
| JEROME B. BLANK | on behalf of Creditor U.S. Bank National Association As Trustee Et Al paeb@fedphe.com |
| JOHN L. MCCLAIN | on behalf of Debtor Vernell Gerald aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Global Lending Services LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 14, 2022 Form ID: 138OBJ Total Noticed: 26

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Vernell Gerald
      Debtor(s)

Case No: 18−14114−elf
Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

      900 Market Street
      Suite 400
      Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 2/14/22